Form:defch7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 18−30528−dof
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Marsha E. Crookshank                      Clifford C. Crookshank
  329 S. Highlander way Apt. 23         329 S. Highlander way Apt. 23
  Howell, MI 48843                         Howell, MI 48843

Social Security No.:
  xxx−xx−9061                               xxx−xx−2493

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | |
|---|---|
| ☐ Application for Individuals to Pay the Filing Fee in Installments | ☐ Schedule E/F |
| ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature | ☐ Schedule G |
| ☐ Chapter 7 Statement of Your Current Monthly Income Form 122A−1 | ☐ Schedule H |
| ☐ Credit Counseling Certificate | ☐ Schedule I |
| ☑ Credit Counseling Certificate – Joint Debtor | ☐ Schedule J |
| ☐ Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J−2 |
| ☐ Declaration under Penalty of Perjury for Non−Individual Debtors | ☐ Schedule A−J |
| ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☐ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ Initial Statement About an Eviction Judgment Against You | ☐ Statement of Financial Affairs |
| ☐ Schedule A/B | ☐ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☐ Schedule C – Debtor | ☐ Summary of Assets and Liabilities |
| ☐ Schedule C – Joint Debtor | ☐ Tax ID |
| ☐ Schedule D | |

The missing document(s) must be filed on or before **3/22/18**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 3/8/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court